**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6127**

_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

MARCUS DARNELL PICKETT, a/k/a Eric Smith,

     Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior District Judge.  (6:09-cr-00178-GRA-1)

_____

Submitted:  May 22, 2014     Decided:  May 29, 2014

_____

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marcus Darnell Pickett, Appellant Pro Se.  Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Darnell Pickett appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction based on the Fair Sentencing Act and Amendment 750 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Pickett, 6:09-cr-00178-GRA-1 (D.S.C. Jan. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED